GEORGE O. WEST, III
Nevada Bar No. 7951
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 664-1168
Email: gowesq@cox.net

E. ADAM WEBB [Admitted *Pro Hac Vice*]
Georgia Bar No. 743910
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-0773
Email: Adam@WebbLLC.com

Attorney for Plaintiffs
MARY NAYLOR and
CHRISTOPHER NAYLOR

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY NAYLOR, an individual, and CHRISTOPHER NAYLOR, an individual, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>OMNI FINANCIAL OF NEVADA, INC. d/b/a OMNI FINANCIAL and OMNI MILITARY LOANS, a Nevada Corporation,<br><br>　　　　　　Defendant. | Case No: 2:21-cv-00272-JCM-EJY<br><br>**JOINT STIPULATION RE AMENDED CLASS ACTION COMPLAINT** |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs MARY NAYLOR and CHRISTOPHER NAYLOR and Defendant OMNI FINANCIAL OF NEVADA, INC., by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, on February 18, 2021, Plaintiffs filed their Class Action Complaint (Dkt. 1) against Defendant;

**WHEREAS**, on March 15, 2021, Defendant filed a Motion to Dismiss the Complaint with Prejudice or, in the Alternative, to Strike the Class Allegations (Dkts. 10 and 11);

**WHEREAS**, on March 25, 2021, Plaintiffs filed an Amended Class Action Complaint (Dkt. 12) pursuant to Federal Rule Civil Procedure 15(a)(1)(B);

**WHEREAS**, the filing of the Amended Class Action Complaint rendered the Motion to Dismiss the Complaint with Prejudice or, in the Alternative, to Strike the Class Allegations moot;

**WHEREAS**, the deadline for Defendant to answer or otherwise respond to the Amended Class Action Complaint is April 8, 2021; and

**WHEREAS**, the parties have met and conferred and, subject to the Court's approval, have agreed to the following schedule for Defendant's response to the Amended Class Action Complaint and any associated briefing deadlines that would be triggered by Defendant responding by motion.

**NOW**, **THEREFORE**, in consideration of the foregoing, Plaintiff and Defendant hereby **STIPULATE** and **AGREE** as follows:

1. The Motion to Dismiss the Complaint with Prejudice or, in the Alternative, to Strike the Class Allegations is moot;

2. Defendant shall answer or otherwise respond to the Amended Class Action Complaint no later than April 30, 2021;

3. If Defendant responds to the Amended Class Action Complaint by motion, Plaintiffs' deadline to file their opposition is May 21, 2021; and

4. If Defendant responds to the Amended Class Action Complaint by motion and Plaintiffs oppose that motion, Defendant's deadline to file its reply is June 11, 2021.

| | |
|---|---|
| DATED:  April 5, 2021 | WEBB, KLASE & LEMOND, LLC |
| | By: */s/ E. Adam Webb* |
| | E. Adam Webb |
| | Attorney for Plaintiffs MARY NAYLOR and CHRISTOPHER NAYLOR |
| DATED:  April 5, 2021 | GREENBERG TRAURIG, LLP |
| | By: */s/ Jacob D. Bundick* |
| | Jacob D. Bundick |
| | Attorney for Defendant OMNI FINANCIAL OF NEVADA, INC. |

IT IS SO ORDERED.

By: _____
UNITED STATES MAGISTRATE JUDGE

Dated:  April 5, 2021

JOINT STIPULATION RE AMENDED CLASS ACTION COMPLAINT

3