GEORGE O. WEST, III
Nevada Bar No. 7951
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 664-1168
Email: gowesq@cox.net

E. ADAM WEBB [Admitted *Pro Hac Vice*]
Georgia Bar No. 743910
WEBB, KLASE & LEMOND, LLC
1900 The Exchange, S.E., Suite 480
Atlanta, Georgia 30339
Telephone: (770) 444-0773
Email: Adam@WebbLLC.com

Attorney for Plaintiffs
MARY NAYLOR and
CHRISTOPHER NAYLOR

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARY NAYLOR, an individual, and CHRISTOPHER NAYLOR, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OMNI FINANCIAL OF NEVADA, INC. d/b/a OMNI FINANCIAL and OMNI MILITARY LOANS, a Nevada Corporation,<br><br>Defendant. | Case No. 2:21-cv-00272-JCM-EJY<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY RE MOTION TO DISMISS (Dkt. 27) (First Request)** |

TO THE HONORABLE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Plaintiffs MARY NAYLOR and CHRISTOPHER NAYLOR and Defendant OMNI FINANCIAL OF NEVADA, INC., by and through their respective attorneys of record, hereby stipulate as follows:

**WHEREAS**, on July 29, 2021, Defendant filed its Motion for Leave to File Supplemental Authority re Motion to Dismiss (Dkt. 27);

**WHEREAS**, the deadline for Plaintiffs to serve their points and authorities in response is August 12, 2021, pursuant to LR 7-2(b);

**WHEREAS**, the parties are in the process of discussing settlement and believe those discussions are more likely to be successful if additional litigation costs (such as the costs associated with responding to Defendant's motion or the costs associated with responding to outstanding discovery requests) can be avoided while discussions are ongoing;

**WHEREAS**, the parties believe they can determine if a settlement can be reached within the next three weeks;

**WHEREAS**, if those discussions are successful, the parties will so inform the Court; if the discussions are unsuccessful, Plaintiffs will submit their points and authorities in response to Defendant's Motion for Leave to File Supplemental Authority re Motion to Dismiss;

**WHEREAS**, this is the parties' first request for an extension of time related to Defendant's Motion for Leave to File Supplemental Authority re Motion to Dismiss.

**NOW**, **THEREFORE**, in consideration of the foregoing, Plaintiffs and Defendant hereby **STIPULATE** and **AGREE** as follows:

1. Plaintiffs' time to submit their points and authorities in response to Defendant's Motion for Leave to File Supplemental Authority re Motion to Dismiss is extended until September 2, 2021.

DATED:  August 11, 2021           WEBB, KLASE & LEMOND, LLC

By: */s/ E. Adam Webb*
E. Adam Webb

Attorney for Plaintiffs MARY NAYLOR and CHRISTOPHER NAYLOR

1  DATED: August 11, 2021                    GREENBERG TRAURIG, LLP

2                                            By: */s/ Michael R. Hogue*
3                                                Michael R. Hogue

4                                            Attorney for Defendant OMNI
                                             FINANCIAL OF NEVADA, INC.
5

6                                            IT IS SO ORDERED.

7                                            By: /s/ Elayna J. Youchah
8                                            UNITED STATES MAGISTRATE JUDGE

9                                            Dated: August 11, 2021