1  GEORGE O. WEST, III
   Nevada Bar No. 7951
2  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
3  Telephone: (702) 664-1168
   Email: gowesq@cox.net
4
   E. ADAM WEBB [Admitted *Pro Hac Vice*]
5  Georgia Bar No. 743910
   WEBB, KLASE & LEMOND, LLC
6  1900 The Exchange, S.E., Suite 480
   Atlanta, Georgia 30339
7  Telephone: (770) 444-0773
   Email: Adam@WebbLLC.com
8
   Attorney for Plaintiffs
9  MARY NAYLOR and
   CHRISTOPHER NAYLOR

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARY NAYLOR, an individual, and CHRISTOPHER NAYLOR, an individual, on behalf of themselves and all others similarly situated, | Case No. 2:21-cv-00272-JCM-EJY |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| OMNI FINANCIAL OF NEVADA, INC. d/b/a OMNI FINANCIAL and OMNI MILITARY LOANS, a Nevada Corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective undersigned attorneys, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the above-entitled action is hereby dismissed with prejudice as to Plaintiffs Mary Naylor and Christopher Naylor, and dismissed without prejudice as to all putative class members, with each party to bear its own fees and costs except as set forth in the parties' agreement.

DATED: September 21, 2021                      WEBB, KLASE & LEMOND, LLC

                                               By: */s/ E. Adam Webb*
                                                   E. Adam Webb

                                               Attorney for Plaintiffs MARY NAYLOR
                                               and CHRISTOPHER NAYLOR

DATED: September 21, 2021                      GREENBERG TRAURIG, LLP

                                               By: */s/ Michael R. Hogue*
                                                   Michael R. Hogue

                                               Attorney for Defendant OMNI
                                               FINANCIAL OF NEVADA, INC.

IT IS SO ORDERED

By: _____
UNITED STATES DISTRICT JUDGE